# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

DeMUN D. WALKER, Register No. 188966, )
)
          Plaintiff, )
)
          v. )   No. 09-4129-CV-C-NKL
)
MISSOURI ATTORNEY GENERAL, et al., )
)
          Defendants. )

## ORDER

      On November 23, 2009, plaintiff filed a motion to reconsider the court's order of November 13, 2009. Plaintiff's motion will be treated as a request to alter or amend the judgment under Rule 59(e), Federal Rules of Civil Procedure, because it was filed within ten days after the date judgment was entered. See Beck v. Bowersox, 362 F.3d 1095, 1098 n.2 (8th Cir. 2004) (objections filed within 10 days of the district court's dismissal order must be treated as a motion under Rule 59(e)) (citing Quartana v. Utterback, 789 F.2d 1297, 1300 (8th Cir. 1986) ("Any motion that draws into question the correctness of the judgment is functionally a motion under Civil Rule 59(e), whatever its label," if filed within 10 days of entry of judgment.)). After consideration, plaintiff's motion will be denied.

      IT IS, THEREFORE, ORDERED that plaintiff's motion to reconsider, treated as a request to alter or amend the judgment, is denied. [15] It is further

      ORDERED that plaintiff's motion for the United States to intervene in criminal cases is denied. [16]

                                              /s/

                                              NANETTE K. LAUGHREY
                                              United States District Judge

Dated: January 21, 2010
Jefferson City, Missouri